UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **United States of America**, | ) |
| | ) |
| vs. | ) NO. 21-cr-50041-1 |
| | ) |
| **Dave Roberson**, | ) |
| | ) |
| Defendant. | ) |

**AGREED PROTECTIVE ORDER GOVERNING DISCLOSURE
OF PERSONAL HEALTH INFORMATION**

Upon the Motion For Protective Order as filed by the Government, Mr. Dave Roberson, and pursuant to Fed. R. Crim. P. 16(d), this Honorable Court Hereby Finds as follows:

A.  That the Winnebago County Jail is now in possession of certain medical and mental health records of the Defendant herein, Dave Roberson, and said Mental Health Records of Dave Roberson constitute Protected Health Information as that term is defined by the Federal Health Insurance Portability and Accessibility Act, and the regulations promulgated thereunder;

B.  That counsel for the Defendant Dave Roberson herein wishes to obtain and to utilize during the Competency Hearing in this cause the following described medical and mental health records of Dave Roberson now in the possession of the Winnebago County Sheriff: "Any and all incident reports, and other documents detailing the actions and/or mental state of Dave Roberson while in the Winnebago County jail starting on or about September 1, 2022 to the Present" hereinafter referred to as Mr. Roberson's Mental Health Records;

C.  That (a) that the common law psychotherapist-patient privilege should not be extended in this case because, in the interests of justice, the need for medical and mental health records and outweighs Roberson's privacy interest in those records and that (b) disclosure is not

barred by the Illinois Mental Health and Developmental Disabilities Confidentiality Act because Roberson placed his mental health at issue by seeking a competency hearing.; and

D.	That, the *Subpoena Duces Tecum* issued hereunder to the Keeper of the Records of the Winnebago County Sheriff's Office shall include a copy of this order authorizing the subpoena and bear the following warning label:

> "No person shall comply with a subpoena for mental health records or communications pursuant to Section 10 of the Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/10, unless the subpoena is accompanied by a written order that authorizes the issuance of the subpoena and the disclosure of records or communications or by the written consent under Section 5 of that Act of the person whose records are being sought."

E.	That any subpoena issued pursuant to this order shall direct the recipient of the subpoena to produce the requested records only in a sealed envelope to the chambers of Magistrate Judge Lisa A. Jensen, Room 4200, Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, IL 61101 and not to any other person or location;

F.	That any records provided to counsel after *in camera* review shall be marked as "Confidential – Mental Health Records" and maintained as confidential by the recipient for use only in connection with the competency hearing, and that any such records shall not be filed with the Court except under seal or as directed by the Court, and that any such records shall be returned to the Court for destruction or to the producing party at the conclusion of the competency hearing; and

G.	That this Honorable Court has jurisdiction over the subject matter hereof and over the parties hereto.

**IT IS HEREBY AGREED AND ORDERED as follows**:

1.	The Defendant Dave Roberson is hereby authorized to issue a *Subpoena* to Megan Johnson, Mental Health Manager for the Winnebago County Jail, for her lay testimony during the

Competency Hearing to be scheduled herein;

      2.      The Defendant Dave Roberson is hereby authorized to issue a *Subpoena Duces Tecum* to Keeper of the Records, Winnebago County Jail for Mr. Roberson's Mental Health Records which hereby qualify as Protected Health Information under the Federal Health Insurance Portability And Accessibility Act;

      3.      That any and all documents produced in response to the above Subpoena shall be delivered in a sealed envelope to chambers of Magistrate Judge Lisa A. Jensen, Room 4200, Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, IL 61101 and not to any other person or location who shall conduct an *In Camera* Examination of said documents prior to the release of said documents, if any, to the counsel of record for the parties hereto.

      4.      That any records provided to counsel after in camera review shall be marked as "Confidential – Mental Health Records" and maintained as confidential by the recipient for use only in connection with the competency hearing, and that any such records shall not be filed with the Court except under seal or as directed by the Court, and that any such records shall be returned to the Court for destruction or to the producing party at the conclusion of the competency hearing;

      4.      That no party or attorney hereto shall utilize any of the information contained in said document in any proceeding or for any purpose other than the Competency Hearing herein.

      5.      That at the conclusion of the Competency Hearing herein, the parties and their attorneys shall return all copies of the documents released by this Honorable Court to the Court for destruction or to the producing entity and shall not retain any electronic, paper or other copies thereof.

**ENTERED** this  15th  day of March, 2023          _____
                                                    LISA A. JENSEN
                                                    Magistrate Judge
                                                    United States District Court
                                                    Northern District of Illinois

Approved as to form:


/s/ *Michael Phillips*          /s/ *Robert Ladd*          /s/ Peter Jennetten

Michael J. Phillips            Robert Ladd                Peter Jennetten
Attorney for Defendant         Assistant U. S. Attorney   Attorney for Intervenor