# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| **United States of America**, ) | |
| ) | |
| vs. ) | NO. 21-cr-50041-1 |
| ) | |
| **Dave Roberson**, ) | |
| ) | |
| Defendant. ) | |

## AGREED PROTECTIVE ORDER GOVERNING
## DISCLOSURE OF PERSONAL HEALTH INFORMATION

Upon the Motion For Protective Order as verbally requested filed by Defendant Dave Roberson, and pursuant to Fed. R. Crim. P. 16(d), this Honorable Court Hereby Finds as follows:

A. That the Winnebago County Jail is now in possession of certain medical and mental health records of the Defendant herein, Dave Roberson, and said Mental Health Records of Dave Roberson constitute Protected Health Information as that term is defined by the Federal Health Insurance Portability and Accessibility Act, and the regulations promulgated thereunder;

B. That counsel for the Defendant Dave Roberson herein wishes to obtain and to utilize during the Competency Hearing in this cause the following described medical and mental health records of Dave Roberson now in the possession of the Winnebago County Sheriff: "Any and all incident reports, and other documents detailing the actions and/or mental state of Dave Roberson while in the Winnebago County Jail starting on or about June 24, 2021 to September 1, 2022" hereinafter referred to as Mr. Roberson's Mental Health Records;

C. That (a) that the common law psychotherapist-patient privilege should not be extended in this case because, in the interests of justice, the need for medical and mental health records and outweighs Roberson's privacy interest in those records and that (b) disclosure is not barred by the Illinois Mental Health and Developmental Disabilities Confidentiality Act because Roberson placed his mental health at issue by seeking a competency hearing.; and

D. That, the *Subpoena Duces Tecum* issued hereunder to the Keeper of the Records of the Winnebago County Sheriff's Office shall include a copy of this Order authorizing the *Subpoena* and bear the following warning label:

> "No person shall comply with a subpoena for mental health records or communications pursuant to Section 10 of the Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/10, unless the subpoena is accompanied by a written order that authorizes the issuance of the subpoena and the disclosure of records or communications or by the written consent under Section 5 of that Act of the person whose records are being sought."

E. That any Subpoena issued pursuant to this Agreed Order shall direct the recipient of the Subpoena to produce the requested records only in a sealed envelope to The Law Offices of Michael J. Phillips, One Court Place, Room 404, Rockford, IL 61102 and not to any other person or location;

F. That any records provided to counsel after in camera review shall be marked as "Confidential – Mental Health Records" and maintained as confidential by the recipient for use only in connection with the competency hearing, and that any such records shall not be filed with the Court except under seal or as directed by the Court, and that any such records shall be returned to the Court for destruction or to the producing party at the conclusion of the competency hearing; and

G. That this Honorable Court has jurisdiction over the subject matter hereof and over the parties hereto.

**IT IS HEREBY AGREED AND ORDERED** as follows:

1. The Defendant Dave Roberson is hereby authorized to issue a *Subpoena Duces Tecum* to Keeper of the Records, Winnebago County Jail for Mr. Roberson's Mental Health Records which hereby qualify as Protected Health Information under the Federal Health Insurance Portability And Accessibility Act ("HIPAA");

2. That any and all documents produced in response to the above Subpoena shall be delivered in a sealed envelope to The Law Offices of Michael J. Phillips, One Court Place, Room 404, Rockford, IL 61102 and not to any other person or location and then Attorney Phillips shall then deliver complete and accurate copies of said records produced to the Chambers of United States Magistrate Judge Lisa A. Jensen and to the Office of the United States Attorney, both located at 327 South Church Street, Rockford, IL;

   3. That any records delivered by Attorney Phillips to Magistrate Judge Jensen and to Assistant United States Attorney Ladd shall be marked as "Confidential – Mental Health Records" and maintained as confidential by the recipient for use only in connection with the competency hearing, and that any such records shall not be filed with the Court except under seal or as directed by the Court, and that any such records shall be returned to the Court for destruction or to the producing party at the conclusion of the competency hearing;

   4. That no party or attorney hereto shall utilize any of the information contained in said document in any proceeding or for any purpose other than the Competency Hearing herein; and

   5. That at the conclusion of the Competency Hearing herein, the parties and their attorneys shall return all copies of the documents released by this Honorable Court to the Court for destruction or to the producing entity and shall not retain any electronic, paper or other copies thereof.

**ENTERED** this 7th day of April, 2023

                      _____
                       LISA A. JENSEN, Magistrate Judge

Approved as to form:

| /s/ Michael Phillips | /s/ Robert Ladd |
|---|---|
| Michael J. Phillips | Robert Ladd |
| Attorney for Defendant | Assistant U. S. Attorney |